IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FLORA WILSON                                                                          PLAINTIFF

v.                                          Civil No. 4:13-cv-04083

COMMISSIONER, SOCIAL                                                         DEFENDANT
SECURITY ADMINISTRATION

## ORDER

**BEFORE** the Court is Plaintiff's Motion for Extension to file an appeal brief. ECF No. 10. Defendant does not object to allowing Plaintiff an extension to file an appeal brief. Plaintiff's Motion for Extension of Time (ECF No. 10) is **GRANTED**, and Plaintiff's brief shall be filed on or before January 10, 2014.

**IT IS SO ORDERED** this **20th day of December 2013.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE